**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00353-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KOMILA KHOLIKOVA,
2. ELMAR SHANIYOZOV, and
3. BOBIR YULCIYEV,

    Defendants.

## ORDER

**Blackburn, J.**

The matter is before the court on the **Government's Motion To Disclose Grand Jury Material To Defendants** [#17][1] filed September 12, 2014. After reviewing the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion To Disclose Grand Jury Material To Defendants** [#17] filed September 12, 2014, is **GRANTED**;

2. That Grand Jury testimony and Grand Jury exhibits **MAY BE DISCLOSED** to the defendants and defendants' attorneys in the course of discovery in this case;

3. That such materials **SHALL BE USED** only in defending this case;

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4.  That such materials **SHALL BE DISCLOSED** only to the defendants and counsel for the defendants;

5.  That the defendants' attorneys **SHALL MAINTAIN** custody of such materials, and **SHALL NOT REPRODUCE OR DISSEMINATE** the same; and

6.  That such materials **SHALL BE RETURNED** to the United States at the end of the case.

Dated September 12, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge