**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 14-cr-00353-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KOMILA KHOLIKOVA,

    Defendant.

**ORDER GRANTING MOTION FOR RELEASE OF PASSPORT
FOR LIMITED PURPOSE**

**Blackburn, J.**

    This matter comes before the Court upon the defendant's **Unopposed Motion Requesting Return of Passport For a Limited Purpose** [#101][1] filed May 20, 2015. After careful review of the motion and the file, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Unopposed Motion Requesting Return of Passport For a Limited Purpose** is granted;

    2.  That the clerk of the court shall release the passport of defendant, Komila Kholikova, to her attorney, John Mosby, on June 1, 2015, for the limited purpose of allowing defendant to present her passport to an Immigration Services Officer of the U.S. Department of Homeland Security on June 2, 2015, at 7:30 a.m.; and

---

[1] "[#101]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3. That by close of business June 2, 2015, John Mosby, Esq., shall return the passport to the clerk.

Dated May 21, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge